899 A.2d 299

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CLIFFORD L. HOLLAND, DEFENDANT–
PETITIONER.

May 3, 2006.

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing consistent with *State v. Ellis,* 346 *N.J.Super.* 583, 788 *A.*2d 849 (App.Div.2002).

899 A.2d 299

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MARVIN ROMERO, DEFENDANT–PETITIONER.

May 3, 2006.

ORDERED that the petition for certification is granted, limited solely to defendant's sentence. On that issue, the matter is summarily remanded to the trial court for resentencing in light of *State v. Abdullah,* 184 *N.J.* 497, 507–508, 878 *A.*2d 746 (no presumptive term for murder).

899 A.2d 299

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. RAHKEEM BYRD, DEFENDANT–PETITIONER.

May 11, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter

is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

899 A.2d 300

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
HENRY R. MAREK, DEFENDANT–PETITIONER.

May 11, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for a new trial in light of *State v. Cummings* 184 *N.J.* 84, 875 *A.*2d 906 (2005).

899 A.2d 300

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANTHONY MCCALL, DEFENDANT–PETITIONER.

May 25, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.*2d 724 (2005).

899 A.2d 300

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JEMEL F. POWELL, DEFENDANT–PETITIONER.

May 25, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter